## MOTION DOCKET

**86–1099. State v. Spisak.**

Cuyahoga App. Nos. 47458 and 47459.   On motion to set execution date.   Motion granted.

**87–243. State v. Poindexter.**

Hamilton App. No. C–850394.   On motion to set execution date.   Motion denied as moot.

**96–119. State v. Taylor.**

Cuyahoga App. No. 65711.   Upon consideration of the motion filed by counsel for appellant for stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Cuyahoga County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**96–540. State ex rel. Adkins v. Indus. Comm.**

Franklin App. No. 95APD02–212.   On motion to strike merit brief of appellee.   Motion denied.

**96–2247. State ex rel. The Plain Dealer v. Ohio Dept. of Ins.**

In Mandamus.   On motion for admission *pro hac vice* of Ellen Dollase Wilcox.   Motion granted.